

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     TPG (Post Oak) Acquisition, LLC; TPG (Post Oak) Mezzanine, LLC; The Picerne Group, Inc.; TPG, Inc.; Allied Realty Advisors, LLC; Allied Realty Partners, LLC; Allied Orion Group, LLC d/b/a Allied Realty; and ACS Restoration GC, LLC d/b/a Allied Construction Services; TPG2011-4 (Post Oak), LLC v. Greystone Multi-Family Builders, Inc., Greystone (Post Oak), LLC, and Walter B. Eeds

Appellate case number:   01-18-00396-CV

Trial court case number:  2015-25232

Trial court:             334th District Court of Harris County

The motion for rehearing filed on September 15, 2021, by appellants/cross-appellees TPG (Post Oak) Acquisition, LLC and TPG 2011-4 (Post Oak), LLC is DENIED.

The motion for rehearing filed on October 15, 2021, by appellees/cross-appellants Greystone Multi-Family Builders, Inc., et al. remains pending, with the response previously requested by the Court being due on November 5, 2021.

It is so ORDERED.


Judge's signature: /s Julie Countiss
                   Acting for the Court


Date:  November 4, 2021